UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON WARD,<br><br>        Defendant. | **Order of Continuance**<br><br>**19 Mag. 10993** |

  Upon the application of the United States of America and the affirmation of Jacob R. Fiddelman, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violating Title 18, United States Code, Sections 2252A(a)(2) and 2, in a complaint dated November 22, 2019, and was arrested on December 12, 2019 in the Middle District of Tennessee;

  It is further found that the defendant was presented before a Magistrate Judge in the Middle District of Tennessee and was released on bail;

  It is further found that the defendant appeared in this District on January 3, 2020 and his conditions of release were maintained;

  It is further found that John Morris, Esq., counsel for the defendant, and Assistant United States Attorney Jacob R. Fiddelman have been engaged in, and are continuing, discussions concerning a possible disposition of this case, and that pursuant to those discussions, the defendant intends to waive indictment and consent to proceed by Information;

  It is further found that the parties have requested a 30-day continuance of the May 28, 2020 indictment deadline to continue their ongoing plea discussions and in light of the current public health crisis caused by COVID-19, so as to avoid unnecessary court appearances, interstate travel, and interpersonal contact, and that the defendant, through counsel, has consented that such a

continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days;

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until June 29, 2020, the preliminary hearing is adjourned to that same date, and that a copy of this Order and the affirmation of Assistant United States Attorney Jacob R. Fiddelman be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       May 26, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.